# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Gerresheimer Glass Inc | 11/30/2022 | Wire | $ 19,800.98 |
| Akorn Operating Company, LLC | Gerresheimer Glass Inc | 12/9/2022 | Wire | $ 30,374.16 |
| Akorn Operating Company, LLC | Gerresheimer Glass Inc | 12/30/2022 | Wire | $ 66,728.27 |
| Akorn Operating Company, LLC | Gerresheimer Glass Inc | 1/27/2023 | Wire | $ 44,739.99 |
| Akorn Operating Company, LLC | Gerresheimer Glass Inc | 2/1/2023 | Wire | $ 22,137.51 |
| Akorn Operating Company, LLC | Gerresheimer Glass Inc | 2/8/2023 | Wire | $ 102,898.10 |
| | | | | $ 286,679.01 |